IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**MICHAEL LORUSSO,**

    **Petitioner,**

v.                                      Case No. 1:25-cv-309-AW-MAF

**SECRETARY, FLORIDA
DEPARTMENT OF CHILDREN
AND FAMILIES,**

    **Respondent.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Petitioner Michael Lorusso has filed numerous § 2241 cases, all challenging his state detention. This one was transferred here from the Southern District of Florida. The magistrate judge recommends dismissal because Lorusso has neither paid the filing fee nor filed a motion for leave to proceed in forma pauperis. ECF No. 8. I have considered the report and recommendation, and I have considered de novo the issues raised in Lorusso's objection (ECF No. 9). Lorusso has had an opportunity to pay the filing fee or to move for leave to proceed in forma pauperis. As the magistrate judge concludes, his failure to do either warrants dismissal.

I now adopt the report and recommendation (ECF No. 8) and incorporate it into this order. The clerk will enter a judgment that says, "The § 2241 petition is dismissed without prejudice." A certificate of appealability is denied. The clerk will close the file.

1

SO ORDERED on November 3, 2025.

                                                      s/ *Allen Winsor*
                                                      Chief United States District Judge